# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yesenia Palencia,<br><br>   Plaintiff,<br><br>v.<br><br>Hotel Cleaning Services Incorporated, et al.,<br><br>   Defendants. | No. CV-17-00411-TUC-CKJ<br><br>**ORDER** |

The Court has received Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Doc. 7.) Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A), IT IS ORDERED Plaintiff's case is DISMISSED WITH PREJUDICE.

Dated this 21st day of November, 2017.

_____
Honorable Cindy K. Jorgenson
United States District Judge